# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

143301-2 & (30)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CITY OF RIVERVIEW,
        Plaintiff-Appellant,

and

CITY OF RIVER ROUGE,
        Intervening Plaintiff-Appellee,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Defendant-Appellee.

SC: 143301-2
COA: 301549; 302903
Ingham CC: 09-000712-CZ

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 26, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

p0718